IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN



RECEIVED
NOV 0 6 2009
CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

BRUNSWICK ACCEPTANCE
COMPANY, LLC, and;
GE COMMERCIAL
DISTRIBUTION FINANCE CORPORATION

Plaintiff,

vs.

DAVID R. YORK, individually
and DAVID R. YORK, as Trustee for
DAVID R. YORK REVOCABLE TRUST

Defendants.

FILED
DEC - 7 2009
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Case: 2:09-mc-51265
Judge: Steeh, George Caram

### ORDER CONFIRMING ARBITRATION AWARD AS A FINAL JUDGMENT

This matter came before the Court on __11-6-09__, upon Plaintiffs' Application for Confirmation of Arbitration Award pursuant to 9 U.S.C. §§ 9 and 13. The Court finds that Plaintiff filed return of service forms for all named Defendants, that Defendants further failed to show good cause as to why this Court should not confirm the American Arbitration Association Arbitration Award for which Plaintiff requested confirmation.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the American Arbitration Association Consent Arbitration Award granted in American Arbitration Association case number No. 58 148 00111 08. and attached hereto as Exhibit "A" is hereby Confirmed and therefore enforceable as an entry of judgment by this Court in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $650,000, plus interest at the statutory rate set forth under Michigan law from this date until full payment of the judgment is made.

DONE and ORDERED in __7th Detroit__, Michigan, this __7th__ day of __December__, 2009.

MEM-1991578-1

_/s/ George Caram Steeh_
UNITED STATES DISTRICT JUDGE
GEORGE CARAM STEEH

MEM-1991578-1